**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE A. RAMOS,<br><br>Plaintiff<br><br>vs.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; SOUTH JERSEY HEALTHCARE; SOUTH JERSEY REGIONAL MEDICAL CENTER; NITESH BHAGAT, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>Defendants. | Civil Action No.:  12-cv-07713(RMB)(JS)<br><br><br><br>**APPLICATION FOR A CLERK'S ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO COMPLAINT** |

**PLEASE TAKE NOTICE** that application is hereby made for a Clerk's Order extending time within which defendant Ameridose, LLC, may answer, move or otherwise reply to the Amended Complaint filed on behalf of plaintiff, and it is hereby represented that:

1.      No previous extension has been obtained;

2.      Plaintiff filed a Complaint on November 16, 2012, which was thereafter removed to this Court by Defendant New England Compounding Pharmacy Inc., d/b/a New England Compounding Center;

3.      Plaintiff served process of the Complaint on Defendant, Ameridose, LLC on December 10, 2012;

4.      The time to answer, move or otherwise reply to the Complaint has not expired; and

5.      Therefore, pursuant to the 14-day extension provided under Local Civil Rule 6.1(b), the time to Answer, Move or otherwise Reply expires on January 14, 2012.


Dated: December 26, 2012                    McELROY, DEUTSCH, MULVANEY
                                            & CARPENTER, LLP
                                            Attorneys for Defendant,
                                            Ameridose, LLC


                                            By:   /s/ Walter R. Krzastek
                                                  Walter R. Krzastek, Esq.


**ORDER**

The above application is **ORDERED GRANTED**.

ORDER DATED _____


                                            WILLIAM T. WALSH, Clerk


                                            By:_____
                                                  Deputy Clerk