**Harris Beach PLLC**
One Gateway Center
Suite 2500
Newark, New Jersey 07102
(973) 848-1244

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE A RAMOS,<br><br>  Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER;<br>AMERIDOSE, LLC;<br>ALAUNUS PHARMACEUTICAL, LLC;<br>SOUTH JERSEY HEALTHCARE;<br>SOUTH JERSEY REGIONAL MEDICAL CENTER;<br>NITESH BHAGAT, M.D.;<br>JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>  Defendants. | Civil Action No.: 1:12-cv-07713-RMB-JS<br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO<br><u>RESPOND TO PLAINTIFF'S COMPLAINT</u>** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus Pharmaceutical, LLC ("Alaunus") and Plaintiff Jose Ramos, that Defendant Alaunus is hereby given an extension to February 1, 2013 to respond to Plaintiff's Complaint.

Dated: January 3, 2013

| HARRIS BEACH PLLC | SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C. |
|---|---|
| By: /s/ Steven A. Stadtmauer<br>Frederick H. Fern<br>Steven A. Stadtmauer | By: /s/ Mary T. Gidaro<br>Mary T. Gidaro<br>Michael F. Barrett |
| One Gateway Center<br>Suite 2500<br>Newark, NJ 07102<br>(973) 848-1244<br>sstadtmauer@harrisbeach.com | 8000 Sagemore Drive<br>Suite 8303<br>Marlton, NJ 08053<br>(856) 751-8383<br>MGidaro@smbb.com<br>MBarrett@smbb.com |
| *Counsel for Defendant Alaunus Pharmaceutical, LLC* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiff's Complaint was served via the Court's ECF notification system on this 3rd day of January, 2013 to the counsel of record.

/s/ Steven A. Stadtmauer
Steven A. Stadtmauer

So Ordered this 4th
of January, 2013

JOEL SCHNEIDER, USMJ