**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE A. RAMOS, | CASE NO. 1:12-cv-07713-RMB-JS |
| Plaintiff, | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al, | **DEFENDANT AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants | |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 14th day of January, 2013.

                                                  */s/ Walter F. Timpone*
                                                Walter F. Timpone
                                                Walter R. Krzastek
                                                McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                                1300 Mount Kemble Avenue
                                                P.O. Box 2075
                                                Morristown, NJ 07962-2075
                                                Phone:     973.425.8701
                                                Fax:           973.425.0161
                                                wtimpone@mdmc-law.com
                                                wkrzastek@mdmc-law.com
                                                *Attorneys for Defendant Ameridose, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 14, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Walter F. Timpone*
Walter F. Timpone
*Attorney for Defendant Ameridose, LLC*

1604103.1