**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

| | |
|---|---|
| JOSE A. RAMOS, )<br><br>Plaintiffs, )<br><br>v. )<br><br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC., d/b/a NEW ENGLAND )<br>COMPOUNDING CENTER; )<br>AMERIDOSE, LLC; ALAUNUS )<br>PHARMACEUTICAL, LLC; PREMIER )<br>ORTHOPAEDIC AND SPORTS MEDICINE )<br>ASSOCIATES OF SOUTHERN NEW )<br>JERSEY, LLC, also trading as PREMIER )<br>ORTHOPAEDIC ASSOCIATES; SOUTH )<br>JERSEY HEALTHCARE; SOUTH JERSEY )<br>REGIONAL MEDICAL CENTER; )<br>KIMBERLEY YVETTE SMITH, M.D., a/k/a )<br>KIMBERLEY YVETTE SMITH-MARTIN, )<br>M.D.; JOHN DOE(S) CORPORATIONS (1-4); )<br>and JOHN DOE(S) M.D. (1-3), )<br><br>Defendants. )<br>_____) | CIVIL ACTION<br>NO. 12-cv-07713-RMB-JS |

<u>**NOTICE OF APPEARANCE**</u>

Please enter the appearance of Michele Hunton of the law firm of Lawson & Weitzen, LLP, as counsel for defendant Alaunus Pharmaceutical, LLC.  I certify that I am an Attorney-at-Law admitted to practice before the New Jersey State Courts as well as the United States District Court for the District of New Jersey.

LAWSON & WEITZEN, LLP

*/s/ Michele Hunton*
_____
Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 20, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Michele Hunton*

Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com