**Lawson & Weitzen, LLP**
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE A. RAMOS,<br><br>          Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER;<br>AMERIDOSE, LLC;<br>ALAUNUS PHARMACEUTICAL, LLC;<br>SOUTH JERSEY HEALTHCARE;<br>SOUTH JERSEY REGIONAL MEDICAL CENTER;<br>NITESH BHAGAT, M.D.;<br>JOHN DOE(S) CORPORATIONS (1-4); and<br>JOHN DOE(S) M.D. (1-3),<br><br>          Defendants. | Civil Action No.: 1:12-cv-07713-RMB-JS<br><br><br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus

Pharmaceutical, LLC ("Alaunus") and Plaintiff Jose Ramos, that Defendant Alaunus is hereby

given an extension to February 22, 2013 to respond to Plaintiff's Complaint.

Dated:  February 21, 2013

**LAWSON & WEITZEN, LLP**

By: **/s/ Michele A. Hunton**
Michele A. Hunton (NJ Bar # 01096)
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990
*mhunton@lawson-weitzen.com*

*Counsel for Defendants*
*Alaunus Pharmaceutical, LLC*

**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**

By: **/s/ Mary T. Gidaro**
Mary T. Gidaro
Michael F. Barrett
8000 Sagemore Drive
Suite 8303
Marlton, NJ 08053
(856) 751-8383
*MGidaro@smbb.com*
*MBarrett@smbb.com*

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Amended Complaint was served via the Court's ECF notification system on this 21th day of February, 2013 to the counsel of record.


/s/ Michele A. Hunton
Michele A. Hunton


So Ordered this 22nd day
of FEBRUARY, 20 13
JOEL SCHNEIDER, U.S.M.J.

Microsoft Word - 2013 L Ramos Jose (NJ)-Consent Order - Final...                    https://ecf.njd.circ3.den/doc1/11917601130

Case 1:12-cv-07713-RMB-JS   Document 21   Filed 02/22/13   Page 3 of 3 PageID: 252
Case 1:12-cv-07713-RMB-JS   Document 18   Filed 02/21/13   Page 3 of 3 PageID: 208

-3-